Austin J. Hare and Another v. Hunter Manufacturing and Commission Company and Others.— Motion denied, with ten dollars costs. Present —. Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Fred Gerriets and Others v. One Ninety Five South Street Co., Inc., and Others.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Harold Gologor, etc.— Motion denied. See memorandum for counsel. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Nathaniel Ottensoser.— Application granted. Referred to committee on character and fitness for rehearing. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of Isaac Stahl.— Application granted. Referred to committee. on character and fitness for rehearing. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

New York Pie Baking Company, Respondent, v. Hershey Creamery Company, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, McAvoy and Martin, JJ.

Harry Kottler, Respondent, v. New York Bargain House, Inc., Appellant.— Judgment modified by deducting therefrom the sum of $543.99, the amount of the rent recovered after the commencement of the action (See *Park & Sons Co.* v. *Hubbard*, 198 N. Y. 136); and also the sum of $665.16 claimed as commission, on the ground that no necessity was shown for the employment of a broker nor proof that the commission paid was fair and reasonable in amount; and as so modified affirmed, with costs to appellant. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Pasquale Sarconi, Respondent, v. The One Hundred and Twenty-two West Twenty-sixth Street Corporation, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $20,107.85; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Philip Lendino, Jr., an Infant, by Philip Lendino, Sr., His Guardian ad Litem, Respondent, v. The City of New York and Others, Defendants, Impleaded with Manhattan-Plumb Beach Auto Stage Company, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Elizabeth H. Stanton, Appellant, v. A. B. Leach & Co., Inc., Defendant, Impleaded with Arthur B. Leach and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Merchants and Mechanics Savings Bank, Respondent, v. Benjamin C. Luce, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.